24797.   SIMS *v.* THE STATE.

BROYLES, C. J.   The defendant was charged with possessing whisky in Fulton county, Georgia, on April 13, 1934, and a judgment of guilty was rendered by the judge of the Criminal Court of Atlanta, presiding without the intervention of a jury.   The sole witness for the State testified: that he was a deputy sheriff of Fulton county, Georgia, and on the 13th day of April, 1934, he saw the defendant driving an automobile on Crew street in Fulton county, Georgia; that witness stopped and searched the automobile and found therein thirteen gallons of corn whisky in cans; that he poured out the contents of the cans and that they smelled like whisky; that he made no other test to determine that the cans contained whisky, but that the defendant at the time said that it was his (defendant's) *whisky.*   The defendant introduced no evidence and made no statement to the jury.   *Held,* that the evidence

demanded the judgment rendered. The judge of the superior court properly overruled the certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 21, 1935.

R. B. Lambert, for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*